UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

CRIMINAL ACTION NO. 5:24-CR-00111-KKC-MAS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

V.                                            **NOTICE OF FILING**

DELORES MARIA JORDAN
DESHAWN DAWKINS
ERNEST WILLIAMS
JEROME DAVIS                                                                              DEFENDANTS

\* \* \* \* \*

Pursuant to the Court's order dated December 17, 2024, Docket Entry 59, the United States gives notice that supplemental discovery, consisting of 494 documents, was produced to all defendants on January 29, 2025, with an itemized discovery receipt. The initial and supplemental discovery productions made to date fulfill the United States's discovery obligations under Federal Rule of Criminal Procedure 16, *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972). The productions also contain the interview reports in the investigation, including information discoverable under the Jencks Act, 18 U.S.C. § 3500. The United States anticipates making a supplemental production of Jencks material prior to trial in this matter. Pursuant to Rule 16(c) of the Federal Rules of Criminal Procedure, the United States will make any other evidence or materials available to the defendants, in the event any such items are discovered.

According to the Court's order dated December 17, 2024, the deadline for defensive motions is now April 7, 2025.

Respectfully submitted,

CARLTON S. SHIER, IV
UNITED STATES ATTORNEY

By:   /s/  Kate K. Smith
      Assistant United States Attorney
      260 W. Vine Street, Suite 300
      Lexington, Kentucky 40507-1612
      (859) 685-4855
      FAX (859) 233-2747
      Kate.Smith@usdoj.gov

## **CERTIFICATE OF SERVICE**

On February 4, 2025, I electronically filed this document through the ECF system, which will send notice to counsel of record.

/s/ Kate K. Smith
Assistant United States Attorney