UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

INDICTMENT NO.: 5:24-CR-111-KKC-MAS

UNITED STATES OF AMERICA                                                                 PLAINTIFF

VS.

DELORES JORDAN, et al.                                                                      DEFENDANTS

---

MOTION TO CONTINUE DEFENSIVE MOTIONS DEADLINE

---

Comes now Undersigned Counsel for the Defendant, Delores Jordan (hereinafter "Ms. Jordan"), and hereby respectfully requests this Honorable Court for a sixty-day (60) continuance of the deadline for defensive motions in the above-styled case. As grounds, today, the 7th of April 2025 is the deadline for defensive motions to be filed. DE 64. Undersigned Counsel was retained in this case last week and has not yet received discovery. Undersigned Counsel requests this continuance so that he may have time to review and evaluate the evidence against Ms. Jordan.

Respectfully submitted,

 /s/ Abraham Isa Mashni
HON. ABRAHAM ISA MASHNI
Mashni Law, PLLC
271 W. Short Street
Lexington, KY 40507
(859) 201-3550
abe@kycriminaldefense.com
*Counsel for the Defendant*

## CERTIFICATE OF SERVICE

  It is hereby certified that on the 7th day of April 2025 the foregoing Motion was filed with the clerk of the court using the CM/ECF system which will send an electronic filing to all involved parties.

                      */s/ Abraham Mashni*
                      ABRAHAM MASHNI
                      *Counsel for the Defendant*