UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>v.<br>DELORES JORDAN,<br>    Defendant. | CRIMINAL NO. 5:24-111-KKC-MAS-1<br><br>**ORDER** |

This matter was referred to Magistrate Judge Matthew Stinnett for the purpose of conducting rearraignment proceedings for the above defendant. After conducting those proceedings, Judge Stinnett filed a recommendation (R. 93) for the Court to accept the defendant's guilty plea and adjudge the defendant guilty of Count 12 of the indictment. (R. 1) No objections have been filed and, having reviewed the record, the Court finds that Judge Stinnett satisfied all requirements of the Federal Rules of Criminal Procedure and the United States Constitution. Accordingly, the Court hereby ORDERS as follows:

1) The Court ADOPTS the recommendation (R. 93) and ACCEPTS the defendant's guilty plea; and

2) The defendant is ADJUDGED GUILTY of Count 12 of the indictment (R. 1).

This 19th day of November, 2025.



Signed By:
*Karen K. Caldwell*  KKC
United States District Judge